UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 31350
   FRANK C BRADLEY
                                 CHAPTER 13

                                 JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-9012

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

   The case was filed on 08/10/2005 and was confirmed 11/16/2005.

   The plan was confirmed to pay secured creditors 100% and unsecured creditors 11.00%.

   The case was dismissed after confirmation 12/12/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PEOPLES GAS LIGHT & COKE | UNSECURED | .00 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 7520.00 | .00 | .00 |
| SYSTEM CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS SECRETARY OF ST | NOTICE ONLY | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 5642.53 | .00 | .00 |
| SCHOTTLER & ZUKOSKY | PRIORITY | NOT FILED | .00 | .00 |
| WEYERHAEUSER MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| WEYERHAEUSER MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| HONOR FINANCE | SECURED | 4000.00 | 392.22 | 2875.03 |
| HONOR FINANCE | UNSECURED | 290.44 | .00 | .00 |
| *SCHOTTLER & ZUKOSKY | DEBTOR ATTY | 2,049.00 | | 2,049.00 |
| TOM VAUGHN | TRUSTEE | | | 323.75 |
| DEBTOR REFUND | REFUND | | | .00 |

     Summary of Receipts and Disbursements:

---

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 5,640.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 2,875.03 |
|    INTEREST | | 392.22 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,049.00 |
| TRUSTEE COMPENSATION | | 323.75 |
| DEBTOR REFUND | | .00 |
| | --------------- | --------------- |
| TOTALS | 5,640.00 | 5,640.00 |

PAGE 1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 31350 FRANK C BRADLEY

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/27/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE


                              PAGE  2
        CASE NO. 05 B 31350 FRANK C BRADLEY